United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUARK SOFTWARE, INC., <br><br> Defendant. | Case No. 15-CV-02963-LHK <br><br> **ORDER REGARDING STIPULATION** |

On February 4, 2016, the Court is scheduled to hold both a Case Management Conference and a hearing on Defendant Quark Software, Inc.'s Motion to Dismiss (ECF No. 15). On January 28, 2016, the parties filed a Second Joint Case Management Statement (ECF No. 28) indicating that a stipulation of dismissal would be filed on or before February 2, 2016. The parties are ORDERED to file any such stipulation by 12:00 p.m. on February 2, 2016. The motion hearing and case management conference on February 4, 2016, at 1:30 p.m. remain as currently set.

**IT IS SO ORDERED.**

Dated:  January 29, 2016

_____
LUCY H. KOH
United States District Judge

Case No. 15-CV-02963-LHK
ORDER REGARDING STIPULATION

1